UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN UPTON-KNITTLE,<br><br>    Plaintiff,<br><br>v.<br><br>GALACTIC ENTERPRISES, LLC,<br><br>    Defendant. | Case No. 1:23-cv-00301-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT<br><br>(Doc. 10) |

Pending before the Court is the Parties' stipulation requesting that Defendant be granted a fourteen (14) day extension to file a responsive pleading. (Doc. 10). Accordingly, based on the Parties' representations in the stipulation, and for good cause appearing, it is HEREBY ORDERED, the Defendant shall have an extension of time to **August 8, 2023**, to file a response to the complaint.

IT IS SO ORDERED.

Dated:   **June 22, 2023**            _____
                                       UNITED STATES MAGISTRATE JUDGE