1   Michael J. Peffer, Bar No. 192265
    michaelpeffer@pji.org
2   Milton Matchak, Bar No. 215739
    mmatchak@pji.org
3   PACIFIC JUSTICE INSTITUTE
    P.O. Box 11630
4   Santa Ana, CA 92711
    Tel.: (714) 796-7150
5   Fax.: (916) 550-9630

6
    Attorneys for Plaintiff
7   JONATHAN UPTON-KNITTLE

8   Jon Yonemitsu, Bar No. 199026
    jyonemitsu@littler.com
9   Amanda C. Fleming, Bar No. 344927
    afleming@littler.com
10  LITTLER MENDELSON, P.C.
    501 W. Broadway, Suite 900
11  San Diego, California  92101.3577
    Telephone:  619.232.0441
12  Fax No.:     619.232.4302

13  Attorneys for Defendant
    GALACTIC ENTERPRISES, LLC, A
14  WHOLLY OWNED SUBSIDIARY OF
    VIRGIN GALACTIC HOLDINGS, INC.

15

16                UNITED STATES DISTRICT COURT

17              EASTERN DISTRICT OF CALIFORNIA

18

19   JONATHAN UPTON-KNITTLE,           Case No. 1:23-CV-00301-CDB

20              Plaintiff,             **ORDER**

21       v.

22   GALACTIC ENTERPRISES, LLC, A
     WHOLLY OWNED SUBSIDIARY OF
23   VIRGIN GALACTIC HOLDINGS, INC.
     and Does 1-50;
24
                Defendant.
25

26

27

28

1

2
## ORDER

3      Based on the Parties' foregoing Stipulation to continue the Settlement

4  Conference for *Upton-Knittle v. Galactic Enterprises, LLC* (Case No. 1:23-CV-000301-

5  CDB), and with good cause appearing therefore, the Court orders that:

6      The Settlement Conference will be continued from its current date to October 25,

7  2023 at 9:30 a.m. via Zoom before Magistrate Judge Carolyn K. Delaney.

8      **IT IS SO ORDERED.**

9

10  Dated:  July 17, 2023

11                                                    _____
                                                     CAROLYN K. DELANEY
12                                                    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28