UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN UPTON-KNITTLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GALACTIC ENTERPRISES, LLC,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00301-CDB<br><br>ORDER ON SECOND STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 17) |

Pending before the Court is the parties' second stipulation requesting that Defendant be granted an extension of time to file a responsive pleading. (Doc. 17). In addition, the parties request that the Court continue the scheduling conference date, which is currently set for September 12, 2023.

On May 11, 2023, during a case management conference for a related matter, *Mondoux v. Galactic Enterprises, LLC*, Case No. 1:23-cv-00217-CDB (*Mondoux*), the parties agreed to a global settlement conference for this case, the *Mondoux* case, and a third related case, *Baron v. Galactic Co., LLC, et al.*, Case No. 1:22-cv-00957-CDB. The global settlement conference is scheduled to take place on October 25, 2023, before Magistrate Judge Carolyn K. Delaney. (Doc. 16).

Based on the parties' representations in the stipulation, and for good cause shown, it is HEREBY ORDERED that Defendant's responsive pleading deadline is extended to **November 8, 2023**. The scheduling conference currently set for September 12, 2023, is continued to **December 12, 2023**, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **August 7, 2023**

UNITED STATES MAGISTRATE JUDGE